## YAZOO & MISSISSIPPI VALLEY RAILROAD COMPANY *v.* W. C. CRAIG & COMPANY.

### [71 South. 561.]

INTEREST. *Recovery.*

> The rule is that, if interest is not due by the terms of the contract, but is simply an incident thereto, recoverable as damages, the payment of the principal is a bar to its subsequent recovery.

APPEAL from the circuit court of Warren county.
HON. E. L. BRIEN, Judge.
Suit by W. C. Craig & Co. against the Yazoo & Mississippi Valley Railroad Company. From a judgment for plaintiff, defendant appeals.
The facts are fully stated in the opinion of the court.

*Mayes, Wells, May & Sanders,* for appellant.

*McLaurin & Arminstead,* for appellee.

SMITH, C. J., delivered the opinion of the court.

In April, 1909, appellee, W. C. Craig & Co., cotton merchants, filed with appellant, Yazoo & Mississippi Valley

Railroad Company, four claims against appellant for loss
on cotton shipped over appellant's railroad, and in March
or April, 1910, appellee filed with appellant a claim of
similar character, which several claims were paid by ap-
pellant in February, 1911, the several amounts thereof
being, respectively, two hundred and forty-one dollars
and eleven cents; two hundred and seventy-six dollars
and fifty-three cents; two hundred and fifty-six dollars
and eighty-eight cents; four hundred and twelve dollars
and seventy-two cents and two hundred and sixty-four
dollars and eighty-five cents. All these payments were
made by vouchers issued by the appellant railroad com-
pany, the vouchers being uniform, except as to date
and amount, and were as follows:

The Yazoo & Mississippi Valley R. R. Co. to W. C.
Craig & Co., Dr.

BNS 2/6/11                    Vicksburg, Mississippi.
F. A. C.    Y    52169
1910
February 1    3003    53882    Cotton

For loss on ten bales of cotton shipped from Vicksburg,
Miss., consigned order notify Baltic Mill, Baltic, Conn.

Amount        $276.53

Approved for payment:
        Comptroller.
Audited:
        Auditor of Disbursement.

Received Feb. 25th, 1911, of the Yazoo & Mississippi
Valley R. R. Co. two hundred seventy-six $53/100$ dollars,
in full of the above account.

W. C. CRAIG & Co.

Some months after these claims were settled this suit
was instituted in the court of a justice of the peace by
appellee to recover of appellant the sum of one hundred
and forty-five dollars and nineteen cents, representing
interest on these several claims at the rate of six per cent.
per annum from the day they were filed with appellant

until they were paid. Appellee obtained judgment in the court of the justice of the peace, and, an appeal having been prosecuted to the circuit court, a jury was there waived and the cause submitted to and decided by the judge, who returned a judgment in favor of appellee, from which judgment this appeal is taken.

Leaving out of view the rule announced in *Clayton* v. *Clark,* 74 Miss. 499, 21 So. 565, 22 So. 189, 37 L. R. A. 771, 60 Am. St. Rep. 521, the judgment of the court below nevertheless must be reversed; for the interest here sought to be recovered is not due by virtue of a contract providing for the payment thereof, but is simply a legal incident to the original debt (*Buckner* v. *Pipes,* 56 Miss. 366), recoverable as damages in an action for the recovery of the principal; and the rule is that, if interest is not due by the terms of the contract, but is simply an incident thereto recoverable as damages, the payment of the principal is a bar to its subsequent recovery (*Bennett* v. *Federal Coal & Coke Co.,* 70 W. Va. 456, 74 S. E. 418, Ann. Cas. 1913E, 578, 40 L. R. A. [N. S.] 588, and authorities cited therein and in note thereto; 16 Am. & Eng. Enc. Law [2d Ed.] 1033; 22 Cyc. 1572).

Reversed, and judgment here for appellant.

*Reversed.*